**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BROTHERS MEDIA GROUP, LLC,
dba Automotive Broadcasting Network,

    Plaintiff,

v.                                  Case No. 3:17-cv-1111-J-32JBT

DAVID SANDERS, an individual,

    Defendant.

## O R D E R

This case is before the Court on the Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 7). On May 30, 2018, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 21) recommending that the motion be granted in part as to Count I and denied without prejudice in part as to Counts II and III, that Count I of the Complaint (Doc. 1) be dismissed without prejudice, and that Plaintiff be given twenty days from the Court's order on the Report and Recommendation to file an amended complaint.

No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review and for the reasons stated in the Report and Recommendation (Doc. 21), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 21) is **ADOPTED** as the opinion of the Court.

2. Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 7) is **GRANTED** in part as to Count I and **DENIED without prejudice** in part as to Counts II and III. Count I of the Complaint (Doc. 1) is **DISMISSED without prejudice**.

3. Plaintiff shall file an amended complaint by **July 18, 2018.**

4. Defendant shall file an answer or motion to dismiss by **August 15, 2018**.

5. **DONE AND ORDERED** in Jacksonville, Florida the 18th day of June, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of record